```
KENNEDY P. RICHARDSON, Cal. Bar No. 62516
MARK PALLEY, Cal. Bar No. 120073
BRIAN S. LEE, Cal. Bar No. 233062
MARION'S INN
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone:  (510) 451-6770
Facsimile:  (510) 451-1711
Email: mp@marionsinn.com
```

Attorneys for Defendant
Kaiser Foundation Health Plan, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE GLAUS, individually and on behalf of a class of all other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>　　　　　Defendant. | Case No. C 09-02232 MMC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

　　　Plaintiff Nicole Glaus and defendant Kaiser Foundation Health Plan, Inc. stipulate to continue the initial case management conference from Friday, October 9, 2009, at 10:30 a.m., to Friday, October 16, 2009, at 10:30 a.m.  There is good cause for the continuance because defendant's lead counsel, Kennedy P. Richardson, is scheduled to be in arbitration on October 9.

　　　Respectfully submitted,

Dated: August 12, 2009　　　　　　　　　MARION'S INN

　　　　　　　　　　　　　　　　　　　　　　　／s／ Mark Palley
　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　　　　Mark Palley

　　　　　　　　　　　　　　　　　Attorneys for Defendant Kaiser Foundation Health Plan, Inc.

STIPULATION & ORDER CONTINUING CMC
NO. C 09-02232　　　　　　　　　　　1

| | |
|---|---|
| Dated: August 12, 2009 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |

By  /s/Margo Hasselman

Margo Hasselman

Attorneys for Plaintiff Nicole Glaus

O R D E R

Based on the parties' stipulation and showing of good cause, the case management conference is continued to Friday, October 16, 2009, at 10:30 a.m.

A Joint Case Management Statement shall be filed no later than October 9, 2009.

DATED:    August 18, 2009

_____
UNITED STATES DISTRICT JUDGE