IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICOLE GLAUS,

        Plaintiff,

  v.

KAISER FOUNDATION HEALTH PLAN,

        Defendant.
                                      /

No. CV-09-2232 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** Kaiser's motion to dismiss is hereby GRANTED, and plaintiff's complaint is hereby DISMISSED without prejudice.

Dated: September 10, 2009                          Richard W. Wieking, Clerk

                                                                      By: Tracy Lucero
                                                                        Deputy Clerk